In the Matter of the Claim of HARRIET F. CHAPMAN, Respondent, against DEY BROS. & Co., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THE PORT JERVIS REAL ESTATE AND LOAN ASSOCIATION, Respondent, v. WILLIAM WAGNER, Appellant, and Another.— Motion for stay denied. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

MINNIE E. PATTERSON, as Administratrix, etc., of WILLIAM V. PATTERSON, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Sued as NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP KASTEL, Appellant.— Motion granted. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. NEW YORK AND ONTARIO POWER COMPANY and Others, Respondents.— Motion of the defendant Frontier Corporation for leave to appeal to the Court of Appeals granted; leave to appeal to the Court of Appeals also granted to the defendant New York and Ontario Power Company and to the plaintiff The People of the State of New York. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KIN HANNA, Appellant.— Motion granted and the following questions certified: " 1. Was the proceeding properly commenced as a matter of law? 2. Was there sufficient evidence to support the order? " Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES SPEYER, Relator, v. JOHN F. GILCHRIST and Others, Constituting the State Tax Commission, Respondents.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER A. FINLEY, Respondent, v. THOMAS H. GORMAN, Appellant.— Motion for leave to appeal to the Court of Appeals granted, and the following questions certified: " 1. Does plaintiff's complaint herein state a cause of action? 2. Has the defendant, Gorman, a right to vote in the City Council of the City of Saratoga Springs until such time as a new Commissioner of Public Safety be chosen? " Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THOMAS H. RILEY, as Administrator, etc., of THOMAS H. RILEY, JR., Deceased, Respondent, v. MARIE WEISEL and Another, Appellants.— Motion to dismiss granted unless appellants file case by Friday of this week [March 4, 1927] and case is ready for argument at this term. Order entered. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THOMAS H. RILEY, as Administrator, etc., of THOMAS H. RILEY, JR., Deceased, Respondent, v. MARIE WEISEL and Another, Appellants.— Order modified permitting attorneys to submit printed case and briefs within fifteen days from this day [March 11, 1927], on condition that case is stipulated within five days; it will